IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **FERRUIZ IP, LLC,**<br>  Plaintiff,<br><br>v.<br><br>**SIGNIFY NORTH AMERICA CORPORATION,**<br>  Defendant | **Civil Action No. 6:23-cv-00188**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Please be advised that the attached "Exhibit A" contains all related cases. The cases are related by common entity, Ferruiz IP, LLC, and common patents.

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Ramey LLP
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for Ferruiz IP, LLC*

1