## EXHIBIT A

| Case Title | Case Number | Court | Date Filed |
|---|---|---|---|
| Ferruiz IP, LLC v. Cooper Lighting, LLC | 6:2022cv00184 | Texas Western District Court | 03/10/2023 |
| Ferruiz IP, LLC v. Signify North America Corporation | 6:2022cv00188 | Texas Western District Court | 03/13/2023 |
| Ferruiz IP, LLC v. Feilo Sylvania Group | 6:2022cv00190 | Texas Western District Court | 03/13/2023 |